B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **15−25396**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 7/27/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Benito J Albanese
aka Ben Albanese
1204 Tulip Lane
Bartlett, IL 60103

| | |
|---|---|
| Case Number:   15−25396<br>Office Code:   1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−4724 |
| Attorney for Debtor(s) (name and address):<br>David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076<br>Telephone number: 847−673−8600 | Bankruptcy Trustee (name and address):<br>David R Brown ESQ<br>Springer Brown, LLC<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL 60187<br>Telephone number: 630 510−0000 |

## Meeting of Creditors:
Date: **August 25, 2015**          Time: **03:00 PM**
Location: **505 N Cty Farm Road, Room 2017, Wheaton, IL 60187**
**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
**The presumption of abuse does not arise.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Debtor's Discharge *or* to Challenge Dischargeability of Certain Debts: 10/26/15**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.**

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1−866−222−8029 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Jeffrey P. Allsteadt |
| Hours Open: Monday − Friday 8:30 AM −4:30 PM | Date: July 28, 2015 |

**EXPLANATIONS**  B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. ***Do not include this notice with any filing you make with the court.*** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 15-25396-DRC
Benito J Albanese                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1            User: mmiller              Page 1 of 1           Date Rcvd: Jul 28, 2015
                                Form ID: b9a               Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2015.
```
db          +Benito J Albanese,    1204 Tulip Lane,    Bartlett, IL 60103-5753
tr          +David R Brown, ESQ,    Springer Brown, LLC,    400 South County Farm Road,   Suite 330,
              Wheaton, IL 60187-4547
23529905    +5th Third Bank,    5050 Kingsley Dr,    MD 1MOC2N,   Cincinatti, OH 45227-1115
23529908    +Best Buy/Cbna,    PO Box 6497,    Sioux Falls, SD 57117-6497
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          E-mail/Text: cutlerfilings@gmail.com Jul 28 2015 23:48:34      David H Cutler,
              Cutler & Associates, Ltd.,    4131 Main St.,    Skokie, IL 60076
tr          +EDI: BDRBROWN.COM Jul 28 2015 23:43:00      David R Brown, ESQ,    Springer Brown, LLC,
              400 South County Farm Road,    Suite 330,   Wheaton, IL 60187-4547
23529906    +EDI: AMEREXPR.COM Jul 28 2015 23:43:00      American Express,    PO Box 981537,
              El Paso, TX 79998-1537
23529907     EDI: BANKAMER.COM Jul 28 2015 23:43:00      Bank of America,    PO Box 982238,
              El Paso, TX 79998
23529910    +EDI: CAPITALONE.COM Jul 28 2015 23:43:00      Capital One Bank USA NA,    PO Box 30281,
              Salt Lake City,    Salt Lake City, UT 84130-0281
23529909    +EDI: CAPITALONE.COM Jul 28 2015 23:43:00      Capital One Bank USA NA,    PO Box 30281,
              Salt Lake City, UT 84130-0281
23529911    +EDI: CAPITALONE.COM Jul 28 2015 23:43:00      Capital One/Best Buy,    PO Box 30253,
              Salt Lake City, UT 84130-0253
23529912    +EDI: CHASE.COM Jul 28 2015 23:43:00      Chase Bank USA NA,    PO Box 15298,
              Wilmington, DE 19850-5298
23529913    +EDI: CITICORP.COM Jul 28 2015 23:43:00      Citicards Cbna,    Credit Bureau Disputes,
              PO Box 6497,    Sioux Falls, SD 57117-6497
23529914     EDI: DISCOVER.COM Jul 28 2015 23:43:00      Discover Financial Servi,    PO Box 15316,
              Wilmington, DE 19850
23529915    +EDI: FORD.COM Jul 28 2015 23:43:00      Ford Motor Credit,    PO Box 542000,
              Omaha, NE 68154-8000
23529916     E-mail/Text: rev.bankruptcy@illinois.gov Jul 28 2015 23:48:41
              Illinois Department of Revenue 1/15,    Bankruptcy Section,    PO Box 64338,
              Chicago, IL 60664-0338
23529917     EDI: IRS.COM Jul 28 2015 23:43:00      Internal Revenue Service - 1/11,    PO Box 7346,
              Philadelphia, PA 19101-7346
23529918    +EDI: RMSC.COM Jul 28 2015 23:43:00      Syncb/Sam's Club Dual CA,    PO Box 965005,
              Orlando, FL 32896-5005
23529919    +EDI: WFFC.COM Jul 28 2015 23:43:00      Wells Fargo Dealer Services,    PO Box 1697,
              Winterville, NC 28590-1697
23529920    +EDI: WFFC.COM Jul 28 2015 23:43:00      Wells Fargo Dlr Svc/Wach,    PO Box 1697,
              Winterville, NC 28590-1697
                                                                                             TOTAL: 16

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2015 at the address(es) listed below:
```
              David H Cutler    on behalf of Debtor Benito J Albanese cutlerfilings@gmail.com
              David R Brown, ESQ    dbrown@springerbrown.com,
               dbrown@ecf.epiqsystems.com;jill@springerbrown.com;IL84@ecfcbis.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```